UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.L., ET AL.,

                        Plaintiffs,

        -v-

NEW YORK CITY DEP'T OF EDUC.,

                       Defendant.

---

24 Civ. 1926 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On May 1, 2024, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 11. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by May 22, 2024. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by June 12, 2024, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by May 22, 2024. Defendant's reply, if any, shall be served by May 29, 2024. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendant files a new motion to dismiss or relies on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 2, 2024
       New York, New York