UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J.L., *et al.*,

                              Plaintiff,                        **24 Civ. No. 1926 (PAE)**

                 -against-                       **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                             Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The undersigned has been referred for settlement of this action by the Honorable Paul A. Engelmayer. (Dkt. No. 24). The parties are directed to submit a joint letter by Wednesday, February 19, 2025, advising the Court as to whether they are ready to discuss settlement at this time, or, in the alternative, at what stage they believe that settlement discussions will be appropriate.

       **SO ORDERED.**

DATED:    New York, New York
               February 12, 2025

                                                             _____
                                                              The Honorable Gary Stein
                                                              United States Magistrate Judge