

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JEFFREY S. DANTOWITZ**<br>phone: (212) 356-0876<br>jdantowi@law.nyc.gov<br>(not for service) |

February 12, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: J.L, et al. v. NYC Dept. of Education
           Case No. 24-1926 (PAE)

Dear Judge Engelmayer:

      The parties to this action submit this letter to jointly respectfully request that the pre-trial conference scheduled for February 14, 2025 be adjourned for one-month. It is my understanding that Defendant has agreed to pay Plaintiffs the amount allegedly owing as reimbursement for pendency payments, leaving Plaintiffs' attorneys' fees as the only outstanding item. These fees were supplied by Plaintiffs one month ago, and we anticipate that a one-month adjournment should give the parties a reasonable enough time to reach a settlement on fees. Accordingly, the parties respectfully request this adjournment to allow them the opportunity to explore settlement discussions, either on their own or with Magistrate Stein's assistance, if warranted.

      Thank you for your consideration of this request.

                                      Respectfully,

                                      /s/ Jeffrey S. Dantowitz

                                      Jeffrey S. Dantowitz
                                      Assistant Corporation Counsel

cc: All counsel of record
    (via ECF)

        GRANTED. This Friday's initial pretrial conference is hereby rescheduled to Wednesday, March 19, 2025, at 10 a.m. The Clerk of Court is respectfully directed to close the motion pending at Docket 26.

        SO ORDERED.

                *Paul A. Engelmayer*
                _____
                PAUL A. ENGELMAYER
                United States District Judge

Date: February 12, 2025